**Charles H. JOHNSON, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7048.

United States Court of Appeals, Federal Circuit.

Oct. 25, 2004.

### ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.